**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JONATHON SUTTON, | : | CIVIL DIVISION |
| | : | |
| Plaintiff, | : | No. 2:18-cv-00333-DSC |
| | : | |
| v. | : | *Electronically filed* |
| | : | |
| WESTMORELAND COUNTY and | : | |
| JONATHAN HELD, in his individual and | : | |
| official capacity, | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO**
**RESPOND TO DEFENDANTS' PARTIAL MOTIONS TO DISMISS**

Plaintiff Jonathon Sutton ("Plaintiff"), by his undersigned counsel, hereby moves this Court with the consent of all parties for an order extending the deadline on which to respond to Defendants Westmoreland County ("Westmoreland County") and Jonathan Held's ("Held") (collectively, "Defendants") Partial Motions to Dismiss as follows:

1. On May 21, 2018, Held filed a "Rule 12(b)(6) Partial Motion to Dismiss submitted by Defendant Jonathan Held, in his individual and official capacity" (Doc. 9), and Westmoreland County filed its "Partial Motion to Dismiss Pursuant to Fed R. Civ. P. 12(b)(6) for Failure to State a Claim" (Doc. 12) (collectively, "Defendants' Partial Motions to Dismiss").

2. This Court ordered that Plaintiff's responses and briefs in opposition to Defendants' Partial Motions to Dismiss shall be filed by June 21, 2018 (Doc. 14).

3. Plaintiff is unable to timely respond to Defendants' Partial Motions to Dismiss and thus respectfully requests a 20-day extension to complete the same, making Plaintiff's response due by July 11, 2018.

4. Moreover, because Defendants' Partial Motions to Dismiss involve the same legal questions and arguments relating to the same facts (i.e., those facts alleged in the Complaint (Doc. 1), Plaintiff respectfully requests that this Court permit him to respond to Defendants' Partial Motions to Dismiss in an *omnibus* response.

5. All parties consent to the filing of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Consent Motion and order that Plaintiff shall file an omnibus response to Defendants' Partial Motions to Dismiss by July 11, 2018, with all other dates in this Court's Order dated May 22, 2018 (Doc. 14) to be adjusted accordingly.

Respectfully submitted,

THE LAW OFFICES OF TIMOTHY P. O'BRIEN

/s/ Alec B. Wright
Alec B. Wright
Pa. ID No. 316657
239 Fourth Avenue
Investment Building, Suite 2103
Pittsburgh, PA 15222
(412) 232-4400

*Counsel for Plaintiff, Jonathon Sutton*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2018, a true and correct copy of the foregoing was served via this Court's CM/ECF electronic filing system on all parties of record.

/s/ Alec B. Wright
Alec B. Wright, Esquire
*Counsel for Plaintiff*